# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| TERESA L. FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 11-3427-CV-S-JCE-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Counsel for plaintiff filed a proposed Bill of Costs requesting reimbursement of the $350.00 filing fee . Thereafter, it is

ORDERED that plaintiff be reimbursed the $350.00 filing fee, with said fee to be paid from the Judgment Fund administered by the Department of Treasury.

        /s/ James C. England
        **JAMES C. ENGLAND**
        **UNITED STATES MAGISTRATE JUDGE**

Date:  October 11, 2012